UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| In the Matter of:<br><br>OLBAN ENEDIN MANCIA CASTRO<br><br>                Petitioner,<br>v.<br><br>TODD LYONS, Acting Director Immigration Customs and Enforcement; and MARY DE ANDA-YBARRA, Field Office Director for Enforcement and Removal Operations,<br><br>                Respondents. | No.      3:25-CV-00261-LS |

## ORDER GRANTING STAY AND SETTING DEADLINE FOR FILING OF DISMISSAL DOCUMENTS

Upon due consideration of the above Stipulation for Stay, and good cause appearing, it is

**HEREBY ORDERED**:

This matter is stayed for two weeks to allow the parties to resolve this matter without this Court's intervention. The deadline for the parties to file dismissal documents is now **August 15, 2025**. If the matter is not dismissed by such date, Respondents shall respond to Petitioner's Petition by such date. SO ORDERED this 1st day of August, 2025.

_____
Honorable Leon Schydlower
United States District Judge