# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **OLBAN ENEDIN MANCIA CASTRO,** §<br>§<br>*Petitioner*, §<br>§<br>**v.** §<br>§<br>**TODD LYONS, ACTING DIRECTOR** §<br>**IMMIGRATION CUSTOMS AND** §<br>**ENFORCEMENT; and MARY DE** §<br>**ANDA-YBARRA, FIELD OFFICE** §<br>**DIRECTOR FOR ENFORCEMENT** §<br>**AND REMOVAL OPERATIONS,** §<br>§<br>*Respondents*. § | **No.  3:25-CV-00261-LS** |

## ORDER DISMISSING CASE

Upon consideration of Petitioner's Notice of Withdrawal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 8, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 10.